IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cr-4032-FJG-1 |
| | ) | |
| ERIC THOMAS CASTROP, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #32 filed on April 9, 2014), to which no objection has been filed, the plea of guilty to Count 2 of the Indictment which was filed on June 20, 2013, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                      */s/ Fernando J. Gaitan, Jr.*
                                                      Fernando J. Gaitan, Jr.
                                                      United States District Judge

Dated: April 29, 2014
Kansas City, Missouri